FILED
CLERK, U.S. DISTRICT COURT

AUG - 3 2011

CENTRAL DISTRICT OF CALIFORNIA
BY　　　　　DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANTONIO RIOS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>KEN CLARK, Warden,<br><br>　　　　Respondent. | Case No. CV 09-09195 MMM (AN)<br><br>ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the court has reviewed the file de novo, including the Magistrate Judge's Report and Recommendation ("R&R"). Petitioner waived his objections to the R&R by failing to file any objections in the required time and manner. *See Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998) (stating petitioner waives all objections to findings of fact by failing to object to magistrate judge's report and recommendation). IT IS ORDERED that:

　　1.　The R&R is approved and adopted.

　　2.　Judgment shall be entered denying the Petition and dismissing this action with prejudice.

　　3.　Any and all pending motions are denied as moot and terminated.

///

///

///

| | |
|---|---|
| 1 | IT IS FURTHER ORDERED that the clerk of the court shall serve a copy of this |
| 2 | Order and the Judgment on all counsel or parties of record. |
| 3 | |
| 4 | Dated: July 29, 2011 |
| 5 | MARGARET M. MORROW<br>UNITED STATES DISTRICT JUDGE |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |