FILED
CLERK, U.S. DISTRICT COURT
AUG - 3 2011
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANTONIO RIOS,<br>　　　　Petitioner,<br>　　v.<br>KEN CLARK, Warden,<br>　　　　Respondent. | Case No. CV 09-09195 MMM (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: July 29, 2011

　　　　　　　　　　　　　　　　_/s/ Margaret M. Morrow_
　　　　　　　　　　　　　　　　MARGARET M. MORROW
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
AUG - 3 2011
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY